A93A0322. THE STATE v. VANSANT.
(447 SE2d 348)

BEASLEY, Presiding Judge.

On certiorari, the Supreme Court has reversed our holding in Division 1 of *State v. Vansant*, 208 Ga. App. 772 (431 SE2d 708) (1993), which was that the superior court erred in granting Vansant's motion to suppress. See *Vansant v. State*, 264 Ga. 319 (2) (443 SE2d 474) (1994). However, the Supreme Court has affirmed our holding in Division 2 that the trial court erred in entering a judgment of acquittal after granting the motion to suppress. Id. at (3). Accordingly, our decision is vacated with respect to Division 1 and the judgment, the judgment of the Supreme Court is made the judgment of this court, and the trial court's judgment is affirmed in part and reversed in part.

*Judgment affirmed in part and reversed in part. McMurray, P. J., and Senior Appellate Judge Harold R. Banke concur.*

DECIDED JULY 26, 1994.

Britt R. Priddy, District Attorney, B. Martin First, Assistant District Attorney, for appellant.

Richard L. Hodge, Vansant, Corriere, McClure & Dasher, K. Alan Dasher, for appellee.